UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK U DENNIS, *on behalf of himself and all others similarly situated*,<br><br>      Plaintiffs,<br><br>   v.<br><br>FLYING SOLO NYC, INC.,<br><br>      Defendant. | Case No. 1:19-cv-00681-NG-JO<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Derrick U Dennis ("Plaintiff") and FLYING SOLO NYC, INC. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: JANUARY 14, 2020

| | |
|---|---|
| SHALOM LAW PLLC | SACCO & FILLAS, LLP |
| By: */s/ Jonathan Shalom* <br> Jonathan Shalom, Esq. <br> 105-13 Metropolitan Avenue <br> Forest Hills, NY 11375 <br> Tel: 718-971-9474 <br> Email: jshalom@jonathanshalomlaw.com | By: */s/ Patricia R. Lynch* <br> Patricia R. Lynch, Esq. <br> 31-19 Newtown Avenue, 7th Floor <br> Astoria, NY 11102 <br> Tel: 718-269-2240 <br> Email: plynch@saccofillas.com |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT* |