UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DERRICK U DENNIS, *on behalf of himself and all others similarly situated*,

Plaintiffs,

v.

FLYING SOLO NYC, INC.,

Defendant.

Case No. 1:19-cv-00681-NG-JO

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Derrick U Dennis ("Plaintiff") and FLYING SOLO NYC, INC. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated:  JANUARY 14, 2020

SHALOM LAW PLLC

By: */s/ Jonathan Shalom*
Jonathan Shalom, Esq.
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel: 718-971-9474
Email: jshalom@jonathanshalomlaw.com

*ATTORNEYS FOR PLAINTIFF*

SACCO & FILLAS, LLP

By: */s/ Patricia R. Lynch*
Patricia R. Lynch, Esq.
31-19 Newtown Avenue, 7th Floor
Astoria, NY 11102
Tel: 718-269-2240
Email: plynch@saccofillas.com

*ATTORNEYS FOR DEFENDANT*

So Ordered;
Nina Gershon
USDJ
1-21-20

**S/ Nina Gershon**